CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

FEB 18 2004

JOHN F. CORCORAN, CLERK
BY: *[signature]*
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

TOMMY O'BRIEN, et al.

    Plaintiffs,

v.

APPOMATTOX COUNTY, VIRGINIA, et al.

    Defendants.

Case No. 6:02CV00043

### STIPULATION OF DISMISSAL AND ENTRY OF FINAL JUDGMENT

Pursuant to Federal Rules of Civil Procedure 41 and 54, and all parties having so stipulated by and through undersigned counsel, the Plaintiffs' remaining claims are hereby voluntarily dismissed with prejudice, with final judgment to be entered forthwith on the basis of this Court's order dated November 24, 2003.

**Signed and Stipulated:**

_____
James B. Slaughter
Anthony L. Michaels
Beveridge & Diamond, P.C.
1350 I Street, N.W., Suite 700
Washington D.C. 20005-3311
Phone: 202-789-6000
Fax: 202-789-6190
*Counsel for Plaintiffs*

_____
Robert A. Dybing
John A. Gibney, Jr.
Thompson & McMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, VA 23219-4140
Phone: 804-649-7545
Fax: 804-780-1813
*Counsel for Defendants*

**Approved and Entered:**

_____
UNITED STATES DISTRICT JUDGE

_02/18/2004_
DATE

Copies to:

James B. Slaughter
Anthony L. Michaels
Beveridge & Diamond, P.C.
1350 I Street, N.W., Suite 700
Washington D.C. 20005-3311
Phone: 202-789-6000
Fax: 202-789-6190
*Counsel for Plaintiffs*

Robert A. Dybing
Thompson & McMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, VA 23219-4140
Phone: 804-649-7545
Fax: 804-780-1813
*Counsel for Defendants*